AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>The residence at 7712 South 37th Way,<br>Phoenix, Arizona 85042 | Case No. 22-5202 MB |

## ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

### As further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

### As set forth in Attachment B.

YOU ARE COMMANDED to execute this warrant on or before  6/16/22  *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona</u>.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: June 2, 2022 @ 5:08 pm                     *Judge's signature*

City and state: <u>Phoenix, Arizona</u>                     <u>Honorable Deborah M. Fine, U.S. Magistrate Judge</u>
                                                          *Printed name and title*

## ATTACHMENT A
## PROPERTY TO BE SEARCHED

The residence identified as 7712 South 37th Way, Phoenix, Arizona 85042 is described to be a gray tiled roof single occupancy structure, yellow painted stucco exterior with front door facing east, along with the gray in color Chevy Malibu bearing Arizona plate of CVY5293.

**ATTACHMENT B**
**DESCRIPTION OF MATERIALS OR ITEMS TO BE SEARCHED FOR**

1. Clothing items belonging ~~to~~ Brian Butler ~~on his person and located inside the residence.~~ *(DMF)* *(DMF)*

2. Any cell phone devices believed to be belonging to or used by Brian Butler ~~located in the residence.~~ *(DMF)*

3. Any articles of personal identification tending to establish person(s) in control of the areas to be searched and/or where contraband is found, including, but not limited to: addressed envelopes, utility company, receipts, rent receipt, lease agreements, phone receipts, driver's licenses, personal photographs, and keys.

4. ~~Any and all firearms possessed in violation of Federal Law reference this investigation, including but not limited to any, loaded or unloaded pistols, revolvers or any other firearm that will or is designed to or that may readily be converted to expel a projectile by the action of an explosion.~~ *Handguns.* *(DMF)* *(DMF)*

5. *Handgun* ~~Any and all~~ ammunition ~~for the aforementioned firearms.~~ *(DMF)*

6. *Handgun* ~~Any firearm-related~~ accessories, including, but not limited to: Holsters, ammunition, magazines, silencers, battery operated optics and cleaning kits. *(DMF)*

*(DMF) = initials of/by issuing US Magistrate Judge*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 22 - 5202 MB | 06/02/22, AT ABOUT 1825 HRS | INSIDE THE KITCHEN AREA OF RESIDENCE, 7712 SOUTH 37TH WAY, PHOENIX, AZ 85042. |

Inventory Made in the Presence of:

SRPD OFFICERS/DETECTIVES AND CRIME SCENE SPECIALISTS.

Inventory of the property taken and name of any person(s) seized:

PLEASE REFER TO SRPD SEARCH LOG WHICH IS ATTACHED.

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _06/03/2022_

_Det. D. Gruna #270_
Executing officer's signature

_DARIUSZ GRUNA, DETECTIVE #270_
_SRPD_
Printed name and title

SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY
POLICE DEPARTMENT

POLICE DEPT.

## SEARCH LOG

DATE 06/02/22
CASE NO. 22-21184
WARRANT # 22-5202 MB
OFFICER CALUNA, IGARCIA
MARQUEZ / CAMPOS

ITEM # 1
TIME: 1830
LOCATION: UPSTAIRS BATHROOM
DESCRIPTION:
CLOTHING
COMMENTS: BLACK HOODIE, YELLOW T-SHIRT, WHITE TANK TOP, GREY T-SHIRT PANTS, GUCCI INSILATION / WEEDS UNDERWEAR

ITEM # 2
TIME: 1841
LOCATION: Upstairs Bathroom
DESCRIPTION:
PURPLE CLOTH
COMMENTS:

ITEM # 3
TIME: 1910
LOCATION: Second floor N. bedroom dresser top drawer
DESCRIPTION:
Brown Wallet
COMMENTS: VISA Card
AZ ID Brian Butler, SRPMIC ID Brian Butler - 04 MC Brian Butler

ITEM # 4
TIME: 1914
LOCATION: Second floor N. bedroom dresser top drawer
DESCRIPTION:
Currency
COMMENTS: from #3 and loose in drawer. $507.00

ITEM # 5
TIME: 1914
LOCATION: Second floor N. Bedroom
DESCRIPTION:
Currency
COMMENTS: from #3 $1577.00

SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY
POLICE DEPARTMENT

## SEARCH LOG

DATE 06/02/22
CASE NO. 22-2184
WARRANT # 22-5202MB
OFFICER GALINDA/GARCIA
MARQUEZ/CAMPOS

ITEM # 6
TIME: 1915
LOCATION: Second flwr N. Bedroom
DESCRIPTION:
Iphone red case w/charging cord
COMMENTS:

ITEM # 7
TIME: 1948
LOCATION: garage-shoebox table
DESCRIPTION:
10-fired casings 9mm
COMMENTS:

ITEM # 8
TIME: 1952
LOCATION: garage-shoebox plastic bag
DESCRIPTION:
Brown wallet
COMMENTS: Brian Butler AZ ID - Yellow metal chain

ITEM #
TIME:
LOCATION:
DESCRIPTION:

COMMENTS:

ITEM #
TIME:
LOCATION:
DESCRIPTION:

COMMENTS:

AO 106 Application for a Search Warrant
_____

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>The residence at 7712 South 37th Way,<br>Phoenix, Arizona 85042 | Case No. 22-5202mB |

## ELECTRONICALLY SUBMITTED APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

**As further described in Attachment A**

located in the District of Arizona, there is now concealed:

**As set forth in Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is:

☒ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code/Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1153 and 113(a)(3) | CIR- Assault with a Dangerous Weapon |

The application is based on these facts:

**See attached Affidavit of Salt River Detective Dariusz Gruna**

☒ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____ ) is requested
    under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA Thomas Simon *TS*

**Det. Dariusz Gruna**
Digitally signed by Det. Dariusz Gruna
DN: cn=Det. Dariusz Gruna, o=SRPD, ou=CID, email=Dariusz.Gruna@SRPMIC-NSN.GOV, c=US
Date: 2022.06.02 15:42:39 -07'00'

*Applicant's Signature*

Detective Dariusz Gruna
*Printed name and title*

Sworn to before me telephonically.

Date: June 2 , 2022
              5:08pm

*Judge's signature*

City and state: Phoenix, Arizona

Honorable Deborah M. Fine, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A
## PROPERTY TO BE SEARCHED

The residence identified as 7712 South 37th Way, Phoenix, Arizona 85042 is described to be a gray tiled roof single occupancy structure, yellow painted stucco exterior with front door facing east, along with the gray in color Chevy Malibu bearing Arizona plate of CVY5293.

## ATTACHMENT B
## DESCRIPTION OF MATERIALS OR ITEMS TO BE SEARCHED FOR

1. Clothing items belonging Brian Butler on his person and located inside the residence.

2. Any cell phone devices believed to be belonging to or used by Brian Butler located in the residence.

3. Any articles of personal identification tending to establish person(s) in control of the areas to be searched and/or where contraband is found, including, but not limited to: addressed envelopes, utility company, receipts, rent receipt, lease agreements, phone receipts, driver's licenses, personal photographs, and keys.

4. Any and all firearms possessed in violation of Federal Law reference this investigation, including but not limited to any, loaded or unloaded pistols, revolvers or any other firearm that will or is designed to or that may readily be converted to expel a projectile by the action of an explosion.

5. Any and all ammunition for the aforementioned firearms.

6. Any firearm-related accessories, including, but not limited to: Holsters, ammunition, magazines, silencers, battery operated optics and cleaning kits.

## ATTACHMENT C

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

1.      Your affiant, Detective Dariusz Gruna, currently a Detective of the Salt River Police Department (SRPD), Major Crimes Bureau, a State of Arizona POST Certified Peace Officer since June 2011, a Federal Officer with a Special Law Enforcement Commission with the Bureau of Indian Affairs, formally assigned to the Federal Bureau of Investigation (FBI) Safe Trails Southern Task Force, formally deputized as a Federal Officer/Special Deputy-US Marshal who has experience and training in Tribal, State and Federal criminal investigations involving Weapons Offenses, Aggravated Assaults, Homicides, Forgery and other Major Crimes and has communicated with the Police Officers and Investigators involved in this case, provides the following information:

2.      On 05/28/2022, at approximately 0302 hours, Salt River Police Department Officers were dispatched to the residence at 4073 N. Cholla Ln., Scottsdale, Arizona, within the confines of the Salt River Pima-Maricopa Indian Reservation. As officers approached, several female subjects exited the residence. One female stated, "Brian Butler shot my sister." A.J. then exited the residence.  A.J. had sustained a gunshot wound to her left forearm. When she was asked who shot her, A.J. stated, "by Brian Butler." A.J. was then transported to the hospital for treatment. A.J. later stated that she heard Brian was the shooter but did not actually see him shooting. However, another female at the residence, L.L., stated she observed Brian Butler pull out a handgun and start shooting.  Both L.L. and A.J. were outside the residence when Butler began shooting the handgun.

3.      The ensuing investigation revealed that a M.W. had communicated with Butler via text messaging. As a result, Brian Butler drove to the 4073 Cholla residence. A physical altercation occurred between Butler and M.W. in which Butler struck M.W. in the stomach with a closed fist. A larger physical altercation then occurred between those at the residence. Butler was seen and heard using his cell phone for someone to respond to the

Cholla residence. Butler, an enrolled member of the Salt River Pima-Maricopa Indian Community, thereafter fled the scene with the handgun used to shoot A.J.

4.    On 06/02/2022, FBI Task Force Officers surveilled and surrounded the residence located at 7712 South 37th Way, Phoenix, Arizona. Officers had obtained information from human intelligence and data from a phone ping for Butler's cell phone number, that Butler had fled to the residence after the shooting and had been there for days. Officers called out to Butler, who eventually exited the residence and was arrested.

5.    Task Force Officers on scene identified a gray in color Chevy Malibu bearing Arizona plate of CVY5293 parked in the driveway at the residence. After his arrest, Butler stated that he had driven the Malibu from the Salt River Community to the residence.

6.    At this time, I believe there is probable cause to show that Brian Butler, an Indian, had fled to and stayed at the 7712 South 37th Way, Phoenix, Arizona 85042 residence for several days after assaulting A.J. with a dangerous weapon, a handgun, in violation of Title 18, United States Code, Sections 1153 and 113(a)(3). Therefore, a search warrant is requested to search the residence and Chevy Malibu as described in Attachment A, for items described in Attachment B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _____

**Det. Dariusz Gruna**
Digitally signed by Det. Dariusz Gruna
DN: cn=Det. Dariusz Gruna, o=SRPD, ou=CID, email=Dariusz.Gruna@SRPMIC-NSN.GOV, c=US
Date: 2022.06.02 15:41:50 -07'00'

Detective Dariusz Gruna
Salt River Pima-Maricopa Police Department

Telephonically subscribed and sworn to before me this __2__ day of June, 2022  5:08pm

HONORABLE DEBORAH M. FINE
United States Magistrate Judge
District of Arizona